# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-4808-GW-RAOx | Date | October 18, 2024 |
|---|---|---|---|
| Title | *Ana Ventura v. Lavender Nails & Spa, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 18, 2024, Plaintiff Ana Ventura filed a Notice of Settlement [12]. The Court vacates the order to show cause re lack of prosecution, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for November 21, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 19, 2024.

|  | : |
|---|---|
| Initials of Preparer | JG |